# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In Re:   LINA KETURAKIENE                                 §
                                                          §   Case No.: 09-26696
                                                          §
                                                          §
         Debtor(s)                                        §

---

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/23/2009.

2) This case was confirmed on 10/14/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 10/14/2009, 02/16/2011.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 12/29/2009, 07/25/2012.

5) The case was dismissed on 08/08/2012.

6) Number of months from filing to the last payment: 34

7) Number of months case was pending: 40

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $   17,800.00

10) Amount of unsecured claims discharged without payment $   .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $ 25,490.00 |
| Less amount refunded to debtor | $ .00 |
| **NET RECEIPTS** | $ 25,490.00 |

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid through the Plan | $ 2,340.00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 1,466.78 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 3,806.78 |
| Attorney fees paid and disclosed by debtor | $ 1,160.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| COOK COUNTY TREASURE | SECURED | .00 | .00 | .00 | .00 | .00 |
| JPMORGAN CHASE BANK | SECURED | 241,442.00 | 233,424.81 | .00 | .00 | .00 |
| JPMORGAN CHASE BANK | SECURED | .00 | 34,312.15 | 34,312.15 | 18,429.74 | .00 |
| JPMORGAN CHASE BANK | OTHER | NA | NA | NA | .00 | .00 |
| UNITED GUARANTY INSU | SECURED | 46,067.00 | 44,814.03 | .00 | .00 | .00 |
| UNITED GUARANTY INSU | UNSECURED | 37,509.00 | NA | NA | .00 | .00 |
| WASHINGTON MUTUAL MT | OTHER | NA | NA | NA | .00 | .00 |
| WASHINGTON MUTUAL MT | OTHER | NA | NA | NA | .00 | .00 |
| DUPAGE COUNTY COURT | PRIORITY | 1,000.00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | OTHER | .00 | NA | NA | .00 | .00 |
| ADVOCATE GOOD SAMARI | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| ALLSTATE INSURANCE C | UNSECURED | 140.00 | NA | NA | .00 | .00 |
| ALLSTATE INSURANCE | OTHER | .00 | NA | NA | .00 | .00 |
| BMG MUSIC | UNSECURED | 55.00 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 4,091.00 | 4,091.41 | 4,091.41 | .00 | .00 |
| CHASE | OTHER | .00 | NA | NA | .00 | .00 |
| CHASE | OTHER | .00 | NA | NA | .00 | .00 |
| CHILDRENS PLACE | UNSECURED | 357.00 | NA | NA | .00 | .00 |
| CITI CARDS | UNSECURED | 4,810.00 | NA | NA | .00 | .00 |
| CITIBANK | OTHER | .00 | NA | NA | .00 | .00 |
| CITIBANK | OTHER | .00 | NA | NA | .00 | .00 |
| CITIBANK USA | UNSECURED | 854.00 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 1,500.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| COUNTRYWIDE HOME LOA | OTHER | .00 | NA | NA | .00 | .00 |
| CREDIT MANAGEMENT | UNSECURED | 1,105.00 | 1,104.82 | 1,104.82 | .00 | .00 |
| DUPAGE HEALTH SPECIA | UNSECURED | 421.00 | 421.92 | 421.92 | .00 | .00 |
| DUPAGE COUNTY COLLEC | UNSECURED | .00 | NA | NA | .00 | .00 |
| DUPAGE EMERGENCY ROO | UNSECURED | 44.00 | NA | NA | .00 | .00 |
| DUPAGE EMERGENCY PHY | UNSECURED | 75.00 | NA | NA | .00 | .00 |
| DUPAGE VALLEY ANESTH | UNSECURED | 160.00 | NA | NA | .00 | .00 |
| EDWARD CARDIO INSTIT | UNSECURED | 131.00 | NA | NA | .00 | .00 |
| HOME DEPOT | UNSECURED | 854.00 | NA | NA | .00 | .00 |
| HOME DEPOT | OTHER | .00 | NA | NA | .00 | .00 |
| IL ENERGY SAVINGS | UNSECURED | 1,104.00 | NA | NA | .00 | .00 |
| INDYMAC BANK | UNSECURED | .00 | NA | NA | .00 | .00 |
| INDYMACK BANK | OTHER | .00 | NA | NA | .00 | .00 |
| LABORTORY & PATHOLOG | UNSECURED | 30.00 | NA | NA | .00 | .00 |
| MIDWEST HEART SPECIA | UNSECURED | 150.00 | 114.60 | 114.60 | .00 | .00 |
| NAPERVILLE RADIOLOGI | UNSECURED | 18.00 | NA | NA | .00 | .00 |
| NATIONAL CITY MORTGA | UNSECURED | .00 | NA | NA | .00 | .00 |
| NATIONAL CITY MORTGA | OTHER | .00 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 753.00 | 1,224.74 | 1,224.74 | .00 | .00 |
| NICOR GAS | UNSECURED | 680.00 | NA | NA | .00 | .00 |
| NORDIN & STURINO | UNSECURED | 3,261.00 | NA | NA | .00 | .00 |
| QUEST DIAGNOSTIC | UNSECURED | 30.00 | NA | NA | .00 | .00 |
| RADIOLOGISTS OF DUPA | UNSECURED | 15.00 | NA | NA | .00 | .00 |
| REVENUE CYCLE SOLUTI | UNSECURED | 766.00 | NA | NA | .00 | .00 |
| VONAGE | UNSECURED | 102.00 | NA | NA | .00 | .00 |
| WARREN KAMMERER MD | UNSECURED | 300.00 | NA | NA | .00 | .00 |
| WASTE MANAGEMENT | UNSECURED | 55.00 | 354.51 | 354.51 | .00 | .00 |
| WFNNB/NEWPORT NEWS | UNSECURED | 185.00 | NA | NA | .00 | .00 |
| MINDAUGAS KETURAKIS | OTHER | .00 | NA | NA | .00 | .00 |
| MINDAUGAS KETURAKIS | OTHER | .00 | NA | NA | .00 | .00 |
| JPMORGAN CHASE BANK | OTHER | NA | NA | NA | .00 | .00 |
| UNITED GUARANTY INSU | SECURED | NA | 5,788.58 | 5,788.58 | 3,253.48 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | 40,100.73 | 21,683.22 | .00 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 40,100.73 | 21,683.22 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 7,312.00 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 3,806.78 |
| Disbursements to Creditors | $ | 21,683.22 |
| **TOTAL DISBURSEMENTS:** | $ | 25,490.00 |

12)   The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   11/29/2012                                      /s/ Tom  Vaughn
                                                                       Tom  Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**